ISIDORE GLAUBERMAN, Appellant, *v.* UNIVERSITY PLACE APARTMENTS, INC., Respondent.

Submitted July 2, 1947; decided July 2, 1947.

*Jacob W. Friedman* and *Isidore Glauberman*, in person, for motion.

*Leslie Lester* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.